ANNA M. ROSS *v.* CITY OF NEW LONDON

The petition by the plaintiff for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Richard E. Gruskin,* in support of the petition.

Submitted June 6—decided July 19, 1966

STATE OF CONNECTICUT *v.* DONALD E. HUNT

The application by Leander C. Gray to withdraw his appearance in the appeal from the Superior Court in New Haven County is denied without prejudice to its renewal after other counsel has entered his appearance for the defendant.

Submitted July 18—decided July 26, 1966

SAMPSON TKACZYK ET AL. *v.* KENNETH GALLAGHER

The motion by the plaintiffs to set aside the judgment of dismissal of the appeal from the Superior Court in New Haven County is denied.

*Sampson Tkaczyk, Evelyn Tkaczyk* and *Julia Cravens,* pro se, on the motion.

Submitted July 19—decided July 26, 1966

FAITH WINICK *v.* BERNARD WINICK

The motion by the defendant for a review of the costs taxed in the appeal from the Superior Court in Hartford County is denied.

*Herbert S. Wolfe,* in support of the motion.